WILLIAM R. TRENT v. BROCKWAY MOTOR TRUCKS.

June 23, 1977. Petition for certification denied.

FIRST NAT'L BANK OF SOUTH JERSEY v.
INSURANCE CO., OF NORTH AMERICA.

June 23, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY BRANCH.

June 23, 1977. Petition for certification denied.

MANUEL SARMIENTO v. ANN KLEIN.

June 23, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. MAURICE BROWN.

June 23, 1977. Petition for certification denied.